**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALLISON MANGLE, AMY BRYAN, CRAIG BRYAN, AMANDA HUTCHINSON, and DANIEL HUTCHINSON, *individually and on behalf of those similarly situated*, | : : : : | No. 5:24-cv-6025 |
| Plaintiffs, | : : | |
| v. | : : | |
| ROCKET CLOSE, LLC, | : | |
| Defendant. | : | |

**O R D E R**

**AND NOW**, this 23rd day of June, 2026, for the reasons stated in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1.  Defendant's Motion for Summary Judgment, ECF No. 57, is **GRANTED**.

2.  Plaintiffs' Motions for Class Certification, ECF Nos. 59, 73, are **DISMISSED**.

3.  **JUDGMENT IS ENTERED** in favor of Defendant and against Plaintiffs on all counts.

4.  The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge